E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern  District of Pennsylvania

|  |  |
|---|---|
| Zunir Wilson - Walker<br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>–v–<br><br>Lt M. spaid, & "See Attached"<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued.  If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.  Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br><br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

<div style="border:1px solid black; padding:8px;">

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915.  A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months.  See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid.  See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

</div>

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — Zunir Wilson-Walker

All other names by which you have been known:

ID Number — #24-04238

Current Institution — Montgomery County Correctional Facility

Address — 60 Eagleville Road

Eagleville | PA | 19403
City | State | Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name — M. Spaid

Job or Title (if known) — Lieutenant

Shield Number — #348 (Badge)

Employer — Montgomery County Correctional Facility

Address — 60 Eagleville Road

Eagleville | PA | 19403
City | State | Zip Code

[✓] Individual capacity    [ ] Official capacity

Defendant No. 2

Name — Montgomery County Correctional Facility

Job or Title (if known) — Administration, Supervisors, Staff, & C/O's

Shield Number

Employer — Montgomery County

Address — 60 eagleville Road

Eagleville | PA | 19403
City | State | Zip Code

[ ] Individual capacity    [✓] Official capacity

Page 2 of 11

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

Defendant No. 3

Name — *Primecare Health*

Job or Title *(if known)* — *Mental Health Department*

Shield Number

Employer — *Montgomery County Correctional Facility*

Address — *60 Eagleville Road*

*Eagleville*    *PA*    *19403*
City         State         Zip Code

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City         State         Zip Code

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Racial Discrimination, Mental Health treatment, 8th Amendment - Cruel & Unusual Punishment, 14th Amendment - excessive Force (inmate)*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_N/A_

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_All Listed Defendants Deprived plaintiff of His constitutional rights, caused alot of mental & psychological Damage, Assaulted plaintiff Who is a inmate Inside there Facility, But Also caused Bodily injury to plaintiff Face_

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_N/A_

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

_Montgomery County Correctional Facility (03/13/25) - Assault_

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

C.      What date and approximate time did the events giving rise to your claim(s) occur?

_____ " See Attached " _____

D.      What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

_____ " See Attached Claims " _____

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I Suffered from a swollen face on 03/13/25 that was examined By MCCF nurse Reese who confirmed it & Logged it in MCCF medical/Prime care System & which He gave me pain medicine & thats it But I Also suffered From psychological Harm, Mental Distress, extreme Shock & nervousness, Anxiety, Depression, Fear, nightmares, & traumatized, Psychiatric care, constant Suicidal thoughts Because Fear of Being in MCCF, & Racing thoughts But Also Sustain Mouth pain on the right side of my Face where I was Struck Now I gotta Receive Dental operation 04/16/25

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Plaintiff Asks for the court to award plaintiff a Declaration of Violation of His rights & Compensatory Damages in the amount of $750,000. Nominal Damages & punitive Damages in the Amount of $500,000 & Recovery of costs in this Suit. the Requested money compensatory will Asst with Mental Health Treatment costs But is Also to cover the Damages that were caused By Defendants But will Also Asst with Rehabilitation For the plaintiff But that will Help him get over the traumatizes Experience. I Also Ask for emergency Restraining order against All Defendants & Transferred to the safety of philadelphia prison custody & For criminal prosecution against Lt. M. spaid employed at MCCF

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Montgomery County correctional Facility

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

(Some) - It only covers the grievance that was filed 03/17/25 against Lt. Syard Assaulting me ~~_____~~

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes    only 1 complaint/Grievance against Lt spaid 03/19/25

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

MCCF medical unit (L-1) on 03/19/25

2.    What did you claim in your grievance?

on 03/13/25 Lt. spaid Assaulted me By Striking me in the face multiple times with a close Fist But Also Jumping on me & which all Letter caused me to have a swollen Face & sore Body

3.    What was the result, if any?

NO Results

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

NO FeedBack/Response from grievance filed 03/19/25

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_____ *N/A* _____

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____ *N/A* _____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____ *"See Attached"* _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit
        Plaintiff(s)    _____
        Defendant(s)   _____

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

        _____

   3.   Docket or index number

        _____

   4.   Name of Judge assigned to your case

        _____

   5.   Approximate date of filing lawsuit

        _____

   6.   Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition.    _____

   7.   What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

        _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

☐ Yes

☑ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition    _____

7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _____

Signature of Plaintiff    _Zunir Wilson - Walker_

Printed Name of Plaintiff    _Zunir Wilson - Walker_

Prison Identification #    _24-04238_

Prison Address    _60 Eagleville Road_

_Eagleville_          _PA_          _19403_
City          State          Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____

City          State          Zip Code

Telephone Number    _____

E-mail Address    _____

Zunir Wilson-Walker

Date:

VS

Lt. Spaid Montgomery
Correctional Facility employee

## Claim Against Lt spaid

While ~~Incarcerated~~ Detained ~~incarcerated~~ in MCCF custody as a pretrial Detainee ~~Awaiting~~ Awaiting trial $ Housed on max custody unit K-4 cell 416 on 03/13/2025 around ~~10~~ 10 Am-1pm I put in multiple Request's complaining about my tablet is missing to security staff $ Also told them I Do not want to top out ~~[scribble]~~ But can someone come see me. So During the time 2pm Corporal ~~Pizzigo~~ came to speak with me $ informed me He Do not know where my tablet went $ gave me a new one $ I informed Him everytime I goto court my things go missing $ I always get No Answer from Anyone when it Do Just like things randomly got No update or Answer. Later on that Day around 4pm-4:30 pm as im on my new tablet on Law library taking notes for my case sitting on my Bed all I Hear is inmates on the unit Say "What the Hell Why You'll So Deep" $ As Im getting up I see Lt. spaid Leading them towards my cell (Note: Lt spaid is Also The MCCF official who Reported the False ~~Allegations~~ murder for Hire plot But Also Has Been Harassing me, making serious threatening verbal Remarks everytime working K-Pod, or showing some type of Hatred towards me or Anytime He's near me) So As He gets to my cell He makes commands to "go to the Back off my cell" $ plant my hands on the wall $ I complied $ Did what was ordered so once on the wall they come in my cell Deep Just to cuff me $ once cuff Lt spaid was very close Behind another guard while He cuffed me $ I Stacked my Head $ Ask "Lt what Did I Do" He then Slam's my Head against the wall Forcefully with very much force Causing my Head to throb $ my Face to Heart $ After that "I Said Ya What the Hell" He Said come Here "mother-fucker" grabbed me $ slammed me on the Floor with the cuffs on But Before I got to the Floor He Punched me in the face multiple times $ even more while on the Floor $ Even Jumped on me me causing me so much pain $ Also ~~[scribble]~~ Additional moves that I could not make out Best Seem like wrestling moves $ at the time I was So Much in Shock $ Pain that

I couldn't Believe that this was Happening to me & All I Heard was guards that were present in the cell & Also Heards inmates In Cell 424 on K-Pod & cell 418 Say "Why Y'all Fuck Him up like that" as they were Bringing me out of my Cell 416 & I was in So much Pain & Shock (Note; at No time was I a threat to Anybody or my Self) But As I was Being escorted off K-4 thats when I notice a Black african American correctional officer [John Doe] escourting me turn on His Body Camera (Note; I Heard the Body Cam when it turnt on) & As I Looked further Behind me, Lt. Spaid was right Behind that guard & told me "If you Look Back again you gonna get it again" & at that moment I was Just Scared for my Life & I told him & He Said "Yeah okay" keep making your Little threats" So as we got to medical I tell the Prime care Provider what took place (PA. Gabby) & Also Informed Her of my Pain in my Body & told her that I Dont Feel Safe around Lt. Spaid or other C/O's & a Lt. Stockly who was present & Allowed Lt. Spaid to Beat on me & When I Told the Doctor that & she Just ignored me. While In Front of Doctor (Gabby) Lt. Spaid mentioned that if I wouldnt have turned my Head a little then I wouldnt have got Punched on & Beat up. After He told me that in Front of the Physcian I Told her im Scared He gonna put His Hands on me again & Punch me in my Face & thats when He Grabbed me while sitting in the chair in Front of the Doctor & while Handcuffed & Also mentioned I got a miscondunt (Note; which was the first & only time He mentioned something like that) after seeing the Doctor another set of officers a captain John Doe & two other correctional officers & I informed that captain what took place & He Just ignored me & Did not try to investigate or Anything at all. that same night I informed Lt. McCrack who Had her Body Camera on about the Pain from the Beating & what took Place But Also to captain Smith when they took me out the Cell Due to me trippin out & Being Scared to Be around other correctional officers Thinking ima get another Beat Down which Left me traumatized & Scared for my Life. But effected my mental Health even more to the point I have nightmares But when they took me out my cell 449 on medical unit L-1 they took me to

See medical nurses that work for the facility through prime care. Real Ph (A Black African American Man & Female - John Doe & Jane Doe) & John Doe examined my face & Notice my Face was Swollen on the right side where I was punched & when my Head was slammed at & He gave me pain medicine for the pain Swellen to go Down & After that I was taken Back to my Cell & I have not Been mentally right since Lt. spaid punched & Beat me up & I Do not feel Safe no longer in MCCF. Nothing was investigated & Lt spaid Just Got away with assaulting me. I Also have Been Denied access to the phone & to Contact my Attorney about this criminal matter But I have Put in a Request Before Lt spaid Hot on me to the Asst Warden Burger & Warden Magee Stating Lt spaid Has Been Harassing me & They Did not Attempt to Do Anything & I Also put in a Request & grievance after the incident with Lt. Spaid took place & Did not Receive a Response at all But multiple supervisors Advised me that they saw the video & Do not want to speak on it (Corporal Watson, Sgt. White, & Lt. John Doe who was present again when Lt. spaid Punched on me & Beat on me) Again I Do not feel Safe at all in the care & in the custody of MCCF and I Believe my Life is in Danger & I Feel Like if I get no Help & Justice then they are going to take my Life, Beat on me again, or ima commit Suicide from the Traumatic Abuse that I have Adored From Lt. spaid & that it might Be more correctional officers that are out to get me. Lt spaid Has violated my 8th Amendment right "Cruel & unusual Punishment", my 14th Amendment right, & Also used excessive Force But Also Assaulted me, & Put His private area/Had me Between His Legs While Punching me in the face But violating me in the process. Lt. spaid Also Had my Face Between His Legs at one point which traumatized & shocked me and I can feel His Private part on my face while He was on top of me But Also Lied on a write up He gave me Stating I pushed off the Wall which was a Lie & still gave him no right to punch me in my Face. I even told MCCF Administration I Dont even feel safe going Back on a pod Do to my Fear on correctional officers & Lt. spaid

Zunir Wilson-Walther

Claims Against MCCF Administration, staff/correctional officers, & Supervisors.

I have informed every supervisor in medical 03/18/25 - 03/22/25 Mainly Captain smith & Lt. McCracken about my concern's & Trauma that I have Faced & They gave me no Response/Answer But neither Did MCCF Administration & supervisors Respond to my grievance I filed 03/17/25 on the Incident with Lt spaid But MCCF officials Has Lied along with Lt spaid on the written misconduct To cover up tracks to possibly not get in trouble But Basically Allowed Lt spaid to Assault me But Also constantly supports, Allows, & Lies For Lt spaid & other Supervisors against other inmates that They have Beat up, Done things to, & Did nothing about it. I Have Wrote Slips to Major scott moyer who my step mother contacted when my Documents was taken out my cell on K-4 around Feb 18 - Feb 20, 2025 But who Also Said He will Handle it & give my step mother (Tiffanie Todd) a update But Never Did & I Also wrote Asst warden Burger, Asst warden smith, Asst warden Delrizzio, warden megee who I requested to speak with Due to urgent concerns, & Major Majewsky During my time on K-Unit from Nov 15, 2024 - March 23, 2025 about the things that Has Been Happening to me including the Assault Lt. spaid gave me 03/13/25 on K pod, The constant Harassment, the prea complaints (4-5), my documents going missing, & the Lack of care that there mental Health Department Has given me But They have yet to Respond, Act, or Do Anything about these concerns, Investigate them, or try to Fine them But Keeps Allowing things to Happen. I Have notified multiple MCCF Supervisors (John Doe's & Jane Doe's) about things Also that I have Been going through & I Literally gets No FeedBack or Result From them. other Correctional officers (unknown John Doe's) I have spoken with Have told me thats it will always Be "Guards & supervisors vs inmates" Which is entirely true Because the constant Mistreatment, excessive Force, Verbal Abuse that we

Receive from all of them Here employed at MCCF But the Black Inmates are singled out from the white & Apparently things always are Happening to the Black inmates But it Also plays a part with the Supervisors & Administration allowing certain correctional officers to Do things then trying to cover it up or make it seem like we inmates are at fault & The problem. MCCF officials have violated my 8th Amendment right - cruel & unusual punishment & This facility needs to Be investigated & its to many things that get swept under the rug & its a guarantee that more inmates that are currently Housed & were previously Housed at MCCF that experienced Trauma, Abuse, excessive Force, & Etc from Lt. Spard or other MCCF Officials like my self But thats willing to come Forward. on 03/13/25 - 03/20/25 I have informed MCCF Administration & other supervisors of the Beating from Lt. Spard which I submitted on a grievance 03/14/25 & Have not got a Response & since I Filled a Lawsuit against MCCF officials Major Scott moyer & C/O Gambone (Sept 1, 2024 - Oct 31, 2024) around these Dates things Has Been Just Happening like me not getting Help By mental Health to Deal or find Solutions for my mental illness, Phone kept getting turned off By officers, Mail getting Lost, & the List goes on and I Have informed MCCF Administration & They Did nothing. I Have Also Filed over 4-5 preas in MCCF against MCCF officials that Has not Been properly investigated But were swept under the rug & NO Status update or Anything was giving to me Also please note the complaints were filed with proof But yet MCCF Have NO care For the Inmates & Basically Just cover each other rear and No matter what right or wrong & its No Structure or types of professionalism they continue to constantly Allow the Individuals I have a prea on to come near me to constantly Harass me & verbally Abuse me. not only is my Life at risk But so is my fellow inmates that Deal with Racial Discrimination & so much more. A incident was Also ignored By MCCF officials When on 04/09/24 C/O gambone who is

a correctional officer at MCCF that Does intake in Admissions Who Also violated inmate Prea rights But Upon me Being took through the intake process around 4pm - 7pm I was patted Down Which is a search $ which was Done By C/o Gambone Who was Lingering His Hands on me for to Long then I was took in a room to Be Stripped Searched again By C/o Gambone Who Had another inmate present in there with me to Be Stripped searched to $ then c/o Gambone told me to take off my clothes $ When He Did He Had me Do all these sexual gestures including Swatting $ coughing 3 times Which I Questioned on the 3rd time $ He Licked His Lips & Laughed But Also Had me Jump up & Down, Lift my penis up, spread my Butt cheeks, $ move my Fingers around all the edges of my mouth while naked in Front of this inmate Which Made me $ This inmate very uncomfortable then made us go through a Body Scanner $ I filed a complaint including a prea $ Nothing ever Happen it was said to Be confounded Which was not properly investigated then I filed a Lawsuit $ my Paperwork would go missing out of nowhere $ If I will get Mail For the Lawsuit (# 24-4843) it will come Late $ opened Which Also Jeopardized me proceeding with that civil suit. everything From that point Just went Down Hill from that point $ I Just Been Dealing with cruelty ever Since $ When I informed Major Scott moyer 8/22/25 He yelled $ threatened me But told me if I Dont say I feel safe on his body Camera $ that His officer Didnt Do that He will throw me in max confinement or pc To Rot. MCCF individuals Have caused me nothing But fear

## Claim against
## Lt. spaid

1) Lt. spaid clearly Has Something against me since 11/15/24 When I called Him Raeist after He called me a Liar Due to Denying all claims of him trying to Accuse me of Something I Did not Do that involves using someone else phone to Allegedly talk about posting a Art on Instagram But that are False Allegations & never Happen Which I Also Denied on His Body cam that Day & thats when He placed me on max Custody. I know Lt. spaid is Raeist & Doesnt like African American people Because when a inmate "Justin Juanita" who is white But Have mental Health Problems like my self Say & Actually throw poop or urine He treats this inmate Different, fair, But trys to talk with the inmate & meet the inmate needs & Concern's But Doesnt write him up But moves inmate to the unit where He will like to go. But when I express my self & try's to get Help for urgent things that are Happening to me like my important Documents going missing & my tablet Disappearing out my cell that clo's only have Access to & me getting angry But Blacking out & Saying stuff that I Dont mean & will never Actually Do ~~that~~ Lt. spaid shows aggression every time, Yells at me, Threatens to place me on medical, & Etc to cause Fear.

2) Lt. spaid Also spreaded rumors around the Jail Stating that I Threatened to throw poop & urine on Staff when that is False Facts But Also would never Do no such things or even Attempt to at all But Also Do not have a History of throwing poop or urine on Anyone at all No matter How Bad my mental Health Has Become But Also Lt. spaid stM Did not have Valid Cause to punch or Beat on me at all when I Followed all orders & was not a threat & I Did not Reserve to Be Beaten like that.

(ECF 4)

Zanir Wilson-Walker

## Claims Against MCCF Mental Health Dept

Since My initial confinement 07/09/2024 in MCCF custody I have Been Complaining to Mental Health Dept about my mental illness that I Have suffered from since a little kid, Been on medium, & Also was placed in mental Hospitals & now while in MCCF will like to Be properly treated & get the right Help But They constantly refuse to get me whats needed to treat my mental illness which Later caused Destruction, incident's, & Etc that only Damaged my life & mental illness. I have complained for months But Also Has Been Housed on mental Health unit inside MCCF, Attempting to commit Suicide Due to fighting with demons, Having mental outBurst's on phone calls & on Housing unit towards other inmates, Playing with Feces & urine Randomly, & I Admitted to Mental Health Staff (Jamie, Gena, & carolyn) That I often Hear voices, see things, & Battle with Demons to the point I feel as that they take over my mental judgment most of the time's But again they have yet to Help me. MCCF Mental Health staff & correctional officers throws me in a cells Housed on medical that Has Fruit Flys, Poop, Urine, Hair, & Etc all over the cell & They Do not even properly clean the cells at all. Also when I Have my Black outs & Have outBursts they make it Seem like im this Horrible person When I have Been Asking for Help But Also it is not intentionally at all But sometimes I get them thoughts & my Brain or mental Dont Be functioning in certain situations But everything Be Dark for me & I Just Be having pure rage that turns into me Blacking out. MCCF mental Health Dept Has failed to provide me with the proper mental Health treatment & Due to not treating me at the early stage of me complaining & explaining my mental Health History it Has effected me tremendously.

Zunir Wilson-Walker

(ECF 6)

Date: 03/24/25

## Claim Against
## MRCF Administration

On 03/24/2025 around 2:05pm Asst Warden Burger visited Medical Unit L-1 & Did a Tour & while He was Doing it I Asked him about the incident that Happen with Lt. Spaid Punching me in my face 03/13/25 & the grievance I put in & He told me they have their own way of going about things & what actions are necessary But Also told me what I stated in my grievance is not entirely true. & I corrected him & told him it is & that my face was swollen 03/13/25 which the nurses saw as well & made a note in the system & He told me that him & Warden Sean Megee viewed the footage & Found that everything Lt. Spaid Did was necessary & okay Due to the multiple write up's I Received since wt

MCCF which was never ~~done~~ ~~came~~ violant or containing me being aggressive or Anything in that nature But I Also informed him that Lt. Spaid Has Discriminated me Based on my Nationality Because again a inmate ~~name~~ Name Justin Juanita (Doughy) Has Been trouble, getting into alot of schucking & So much more But who is "White" Has never got the Beat ~~me~~ Down I Received from Lt. Spaid & Lt. Spaid always talked to him & never Did Anything to Harm Justin But chose to Beat me up 03/13/25. Asst warden Burger told me He Dont Have a Answer to that. This inmate Justin Juanita can verify this as well, How Lt. Spaid & other MCCF officials are honest.

Zunir Wilson-Walker                    (ECF 6)

## Claim Against Lt. Spaid

Lt Spaid on 03/13/2025 said on write up/misconduct that I pushed off the wall & gave me 9 commands that I Allegedly Did Not Follow which is a Lie & when it will possibly show that on camera that I only turned my Head to Ash what was going on & He Straight slammed my Head on the wall, Punched me in the face multiple times, & Etc But Also mentioned on C/O Roberts Body cam while in medical that He wouldn't have Beat me up if I aint turn my Head around But its also in the system that my face was swollen & Noticed By Nurse Reese that's employeed on MCCF Medical Dept- But who Also put it in the system

(CECF +)

## Claim against Lt. spard.

Lt. spard & other C/O's have thrown my Documents out on camera 03/13/25 on Unit K-4 which were important Documents. Lt. spard Also spreaded false rumors to K-4 inmates that I Am telling on them which is not true & wt I was fighting Back thats why He Had to Fuck me up.

Zunir Wilson-Walker

## Summary

During my time at MCCF I Have Dealed with Nothing But **Cruelty** from MCCF officials from getting Assaulted By Lt spaid 03/13/25 & Him making false Allegations **against me** 11/15/25 & Just from the unusual Punishment that MCCF gives me Here & The constant Racual Discrimination it make's me & other inmates fear for there life to the point the only **option** We/You Know is suicide. Also it Has Been a Big problem with MCCF mental Health Department failing to properly treat me & other inmates and with there Lack of care it just get worse & worse. What I have suffered is cruelty & unusual punishment which is my 8th Amendment right But Also excessive Force Which is my 14th Amendment right & individuals Here at MCCF Believe they will not get in trouble at all for what they Did to me & What they continue to Do to other inmates & it got's to stop & I Have to Be took out of Danger&out of this facility Due to my fear they might Kill me & go through my legal paperwork & throw it in the trash. Jeopardizing my current legal proceedings & This civil suit against Defendants. MCCF Medical unit is inhumane & inmates like my self & other inmates should Not Be Living in cells with Feces & urine everywhere and other Diseases that floats in those cells that makes us lose alot of wayght & we should not Be getting Beat on the way We Do. I need Help But we all need Help (inmates). I Am currently Housed in max custody not Receiving Religious Services, Law library materials, & Etc But Constantly Being Harassed By Lt. spaid close friends who are correctional officers (C/o Roberts) (C/o Action) (C/o Mastermade) & Who I Believe to Be spitting in my Food Before they turn there ~~camera~~ Body camera on. This is Cruelty & unusual punishment.

Zunir Wilson – Walker
#24-04238
MCCF
60 Eagleville Road
Eagleville, PA 19403



MONTGOMERY COUNTY
CORRECTIONAL FACILITY

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 19403
02 7W
0000803083    APR 17 2025

$ 002.87⁰

Clerk of Court
U.S. District Court
Eastern District of Pennsylvania
2609 U.S. Court House
601 market street
Philadelphia, PA 19106



RECEIVED
APR 21 2025